COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Trenton Garrett v. Prologistix Corporation NW

Appellate case number:   01-16-00898-CV

Trial court case number:  1076687

Trial court:          County Civil Court at Law No. 2 of Harris County

On July 6, 2017, we issued an order abating this appeal to allow the trial court to render a final judgment. On July 17, 2017, a supplemental clerk's record was filed containing a final judgment.

Accordingly, we reinstate the appeal on the active docket.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                    ☑ Acting individually    ☐ Acting for the Court

Date: July 27, 2017